# Exhibit 1

9:13

 Reddit · r/phil3869tributes
2 months ago

### Exposing Bailey Broadrick's nudes without her consent makes me cum so fucking har...

Exposing Bailey Broadrick's nudes without her consent makes me cum so fucking hard. Dm or Kik sorelekto to see her fat tits.

 Reddit · r/TrueCrimeDiscussion
240+ comments · 1 year ago

### Thoughts on the Betty Broderick case? : r/TrueCrimeDiscussion

I know this case is old but it has always fascinated me. Edit: I personally believe that Betty couldn't have " just moved on" I obviously don't ...

Missing: bailey broadrick

| Honestly, I had starkly different opinions before and after my own divorce. There is totally ... More > | She was treated shabbily she had mental/emotional problems. I think both thir true. More > |
|---|---|
| ✓ Top answer · 190 votes | 105 votes |

 Reddit · r/jaxxer
4 days ago

### Who wants Bailey Broadrick naked? : r/jaxxer

Kommentiere als allererstes. Es hat noch niemand auf diesen Beitrag geantwortet. Teile deine Gedanken und bring das Gespräch in Gang.

 Reddit · r/TrueCrimeDiscussion
450+ comments · 1 year ago

### Should Betty Broderick be FREE? I think that

🔒 Q bailey broadrick reddit