# **<u>Exhibit 2</u>**

9:13



Reddit · r/phil3869tributes
1 comment · 2 months ago

## Anyone wanna cum go Bailey Broadrick? Kik sorelekto of message me on session and I'l...

1.7K subscribers in the phil3869tributes community. I want do your tribute, tell me what's your favorite.



Reddit · r/branlettemaxxx
1 comment · 1 month ago

## Dm me or Kik sorelekto if you want me to expose Bailey Broadrick's nudes so ...

... Bailey Broadrick's nudes so we can enjoy her naked body : r/branlettemaxxx ... Supprimer le filtre r/branlettemaxxx et étendre la recherche à l' ...



Reddit · r/sexygermangirlss
6 days ago

## Help get Bailey Broadrick naked all over the internet. That's all. Kik ...

r/sexygermangirlss - I need upvotes guys! I'm exposing this bitch for. 4. 27 Upvotes · ...



Reddit
https://www.reddit.com › user ›

## broderick_ (u/_broderick_)

ever played around with a Bass VI? Upvote 1

Missing: ~~bailey~~ ~~broadrick~~

YouTube · MLive
2.1K+ views · 1 year ago

## Mother has strong words for 'entitled' WMU

