# Exhibit 3

Bailey Broadrick would be in tears if she knew how many guys were jerking to her naked body. Kik sorelekto of message me on session to see ...

Reddit · r/kacijconderr
2 days ago

### Who wants Bailey Broadrick naked? : r/kacijconderr

Who wants Bailey Broadrick naked? r ...

Reddit
https://www.reddit.com › user › Pr...

### Prior-Teach-6861 - NSFW

K i k sorelekto and say you want Bailey Broadrick naked ... r/jerkbudscentrals - K i k sorelekto and say you want Bailey Broadrick naked.

Reddit
https://www.reddit.com › user › Ill...

### u/Illustrious-Angle396

r/cumtribute25 - Dm or Kik sorelekto to see Bailey Broadrick's fat naked tits ... r/cumtribute25 - Dm or Kik sorelekto to see Bailey Broadrick naked.

Reddit · r/JerkOffCorner
1 comment · 9 hours ago

### Dm to get Bailey Broadrick naked : r/JerkOffCorner

1.4K subscribers in the JerkOffCorner community.