# Exhibit 5

1 day ago

### K.i.k. soreleckto for Bailey naked : r/ChristinexxeSexy1

2 days ago — 2754 subscribers in the ChristinexxeSexy1 community.

Reddit · r/jerk_____buds
2 weeks ago

### Who wants Bailey from HR to be exposed? Dm or Kik soreleckto to see her naked

Aug 3, 2024 — Dm or Kik soreleckto to see her naked.

Reddit · r/kinkyfapdeciders
4 days ago

### K i k soreleckto to get Bailey naked : r/kinkyfapdeciders

5 days ago — 2.2K subscribers in the kinkyfapdeciders community.

Reddit · r/woistlena
5 days ago

### r/woistlena - Dm or Kik soreleckto if you think Bailey Broadrick should be exposed ...

6 days ago — Dm or Kik soreleckto if you think Bailey Broadrick should be exposed without her c0nsent. r/woistlena - Dm or Kik soreleckto if you think ...

Reddit · r/ChristinexxeSexy1
1 day ago

soreleckto site:www.reddit.com