# Exhibit 6

5 days ago

### r/woistlena - Dm or Kik soreleckto if you think Bailey Broadrick should be exposed ...

6 days ago — Dm or Kik soreleckto if you think Bailey Broadrick should be exposed without her c0nsent. r/woistlena - Dm or Kik soreleckto if you think ...



Reddit · r/ChristinexxeSexy1
1 day ago

### Who wants to see Bailey from HR naked? K i k soreleckto : r/ChristinexxeSexy1

2 days ago — K i k soreleckto. r/ChristinexxeSexy1 - Who wants to see Bailey ...



Reddit · r/ChristinexxeSexy1
1 day ago

### Can someone message Bailey on LinkedIn and tell her you've seen her naked? ...

2 days ago — Can someone message Bailey on LinkedIn and tell her you've seen her naked? I'll share her nudes in return. K i k soreleckto.



Reddit · r/StrokeBrothers
1 comment

### High af and can't stop pumping for cute celebs and feet nl. Any buds wanna join an...

