# Exhibit 7

11:05

SafeSearch   ✓ Off   Blur   Filter

**Reddit · r/phil3869tributes**
1 comment

### Bailey Broadrick would be in tears if she knew how many guys were jerking to her...

Apr 30, 2024 — Bailey Broadrick would be in tears if she knew how many guys were jerking to her naked body. Kik sorelekto of message me on session to see ...

**Reddit · r/dirty_talk_chat**
13 hours ago

### K i k soreleckto if you want Bailey Broadrick exposed : r/dirty_talk_chat

13 hours ago — Skip to main content K i k soreleckto if you want Bailey Broadrick exposed : r/dirty_talk_chat.

**Reddit · r/phil3869tributes**
3 months ago

### Exposing Bailey Broadrick's nudes without her consent makes me cum so fucking har...

Apr 30, 2024 — Exposing Bailey Broadrick's nudes without her consent makes me cum so fucking hard. Dm or Kik sorelekto to see her fat tits.

**Reddit · r/sexdate530**
1 comment

### Dm me to text Bailey Broadrick her own nudes : r/sexdate530

🔒 Q bailey broadrick reddit