# **Exhibit 8**



Reddit
https://www.reddit.com › ...

### u/Realistic_Factor7431

15 hours ago — K i k soreleckto to get seemingly innocent Bailey ...



Reddit
https://www.reddit.com › ...

### u/Great_Paramedic2810

15 hours ago — Exposing Bailey without her c0nsent makes my dick feel so good. K i k soreleckto to get her naked · https://www.reddit.com/gallery/1f5imc6.



Reddit
https://www.reddit.com › ...

### Anyone want to message Bailey on LinkedIn and tell her you've seen her naked? Kik ...

Aug 20, 2024 — Anyone want to message Bailey on LinkedIn and tell her you've seen her naked? Kik soreleckto to show me and get her nudes.



Reddit
https://www.reddit.com › ...

### u/WorldlinessInner4611

Even HR professionals like to get naked. K i k soreleckto to see Bailey · WorldlinessInner4611 commented in 4 hr. dmd on kik. Upvote 1. Downvote Reply reply

soreleckto site:www.reddit.com