# **Exhibit 9**

**Reddit · r/barelylegalandsexy**
15 hours ago

### K i k soreleckto for Bailey's pics that were meant to be kept private

15 hours ago — K i k soreleckto for Bailey's pics that were meant to be kept private.

**Reddit · r/barelylegalandsexy**
15 hours ago

### K i k soreleckto to see Bailey's pics that were supposed to remain private

16 hours ago — K i k soreleckto to see Bailey's pics that were supposed to remain private.

**Reddit · r/barelylegalandsexy**
13 hours ago

### r/barelylegalandsexy - K ik soreleckto to get an HR professional naked

14 hours ago — 11K subscribers in the barelylegalandsexy community. For all you perverts with the same dirty mind as mine, enjoy all the sexy posters on ...

**Reddit**
https://www.reddit.com › ...

### u/Distinct-Positive602

16 hours ago — K i k soreleckto if you want Bailey Broadrick exposed.

🔍 soreleckto site:www.reddit.com