# **Exhibit 12**

10:46

completely exposed : r/turkeycuckoldd

Sep 4, 2024 — Be the first to comment. Nobody's responded to this post yet. Add your thoughts and get the conversation going. r/turkeycuckoldd.



Reddit
https://www.reddit.com › user › Fr...

### u/Frosty-Bird1202

10 hours ago — K i k soreleckto to get Bailey Broadrick naked without her c0nsent. r/shareyourwifes - K i k soreleckto to get Bailey Broadrick naked ...



Reddit
https://www.reddit.com › user › M...

### u/Maximum_Variety1648

r/postcockpics ADMIN MOD • in 4h. Join. Options. Report. K i k soreleckto to see Bailey Broadrick from HR completely exposed.



Reddit
https://www.reddit.com › user › T...

### u/Tall_Capital_9514

3 days ago — Exposing Bailey Broadrick without her c0nsent, k i k soreleckto to get her naked ·
https://www.reddit.com/gallery/1ffnfnt · r/tribcatalog ...



Reddit
https://www.reddit.com › user › A...

### u/Acrobatic_Fan_3544

r/NudeTradeRequests ADMIN MOD • in 5h. Join. Options. Report. NSFW. K i k soreleckto to see Bailey Broadrick naked. r/NudeTradeRequests - K i k soreleckto ...

🔒 Q bailey broadrick reddit