# **Exhibit 15**

