# Exhibit 16

4:05  .ıl 5G 41

All   Images   News   Short videos   Forums   Videos



Reddit · r/Pretty_GirlsSFW
1 comment

### K i k soreleckto if you think Bailey Broadrick's naked body should be exposed

2 days ago — 18K subscribers in the Pretty_GirlsSFW community. No nudity! Just pics of pretty girls. Be kind to all!



Reddit · r/shareyourwifes
5 days ago

### Share Bailey Broadrick EVERYWHERE. K i k soreleckto for more : r/shareyourwifes

6 days ago — 2.5K subscribers in the shareyourwifes community. Only amateur wife, girlfriends and couples.



Reddit · r/shareyourwifes
5 days ago

### Want Bailey Broadrick naked? K i k soreleckto : r/shareyourwifes

6 days ago — 2.4K subscribers in the shareyourwifes community. Only amateur wife, girlfriends and couples.



Reddit
https://www.reddit.com

### u/EmbarrassedLab7322

4 days ago — Join. Options. Report. K i k soreleckto to get Bailey Broadrick naked ·
https://www.reddit.com/gallery/1fil4y7. Upvote 1. Downvote ...



Reddit · r/shareyourwifes
5 days ago

### K i k soreleckto to get Bailey Broadrick

🔒 🔍 bailey broadrick reddit