# Exhibit 20

Reddit
https://www.reddit.com › user › E...

### u/Exciting_Adagio_1517

5 days ago — K i k soreleckto if you want Bailey Broadrick to be exposed. r/Snapchat_Sexting_Fun - K i k soreleckto if you want Bailey Broadrick to be ...

Reddit · r/Snapchat_Sexting_Fun
4 days ago

### K i k soreleckto if you want Bailey Broadrick to be exposed : r/Snapchat_Sexting_Fun

24K subscribers in the Snapchat_Sexting_Fun community. Sexting all over the World, it is great to have Fun With People around the World, ...

Reddit
https://www.reddit.com › user › D...

### Desperate-Garage-205

15 hours ago — K i k soreleckto to get Bailey Broadrick naked.

Reddit · r/cumtributedakimakura
1 week ago

### K i k soreleckto and say Bailey Broadrick deserves to be seen naked without her ...

K i k soreleckto and say Bailey Broadrick deserves to be seen naked without her c0nsent ... [ Removed by Reddit ]. 13 upvotes · 2 comments. r/ ...

Reddit
https://www.reddit.com › user › D...

### u/Desperate_Weekend959

K i k soreleckto and say Bailey Broadrick deserves to be seen naked without her c0nsent . My ex Bailey Broadrick deserves

🔒 Q bailey broadrick reddit