# Exhibit 21

9:58
5G UW 47
r/cumshots_galore bailey
Posts
Comments
Media
Relevance
All time
Safe Search Off
r/cumshots_galore
DetectiveSwimming190 · 3m
K i k soreleckto and say you want to see Bailey Broadrick naked without her consent
1 upvotes · 0 comments
r/cumshots_galore
DetectiveSwimming190 · 18m
K i k soreleckto if you think Bailey Broadrick should be exposed
2 upvotes · 0 comments
r/cumshots_galore
DetectiveSwimming190 · 31m
K i k soreleckto to get Bailey Broadrick naked
1 upvotes · 0 comments

Home

Communities

Create

Chat

Inbox

