# Exhibit 24

**FreeREG**
https://www.freereg.org.uk › uniqu...

### Unspecified St Hilda South Shields Durham names

Sep 29, 2024 — ... BAILEY BAILIFF BAILS BAINBRIDGE BAINEBRIDGE BAINER BAINS BAIRNBRIDGE ... BROADRICK BROADWAY BROCK BROCKETT BRODERICK BRODIE...

**EroMe**
https://cz.erome.com › ...

### Help spread Bailey Broadrick's naked body all over. Message...

Help spread Bailey Broadrick's naked body all over. Message soreleckto on Kik for more of. #Exposed #Reddit #Kik #Jerkbuds #Cuckik #Big tits. Komentář.

**Lakeland Walking Tales**
https://www.lakelandwalkingtales.co.uk › ...

### Tag Archives: Fell walk

Aug 25, 2024 — Broadrick, A. E. W. Garrett, H. L. Jupp, and S. Ridsdale. As we ... "No-one else protested, we were the only ones," Helena Bailey told journalist ...

**Lakeland Walking Tales**
https://www.lakelandwalkingtales.co.uk › ...

### Best Lake District Walks & Stories

Aug 25, 2024 — Broadrick, A. E. W. Garrett, H. L. Jupp, and S. Ridsdale. As we ... "No-one else protested, we were the only ones," Helena Bailey told journalist ...

bailey broadrick reddit