# **Exhibit 27**

Month: December 2015

... Bailey?" for a benchmark) had earned them friends in high places: they were ... Broadrick (Head of David, Godflesh, Jesu) and Mick Harris (also later ...

---

TikTok
https://www.tiktok.com › discover

### Junyuan Secondary School Horror Stories

7 days ago — TikTok video from The Bailey Lavender (@thebaileylavender. 13.4M. Part ... Broadrick Secondary School Ghost Story · Woodgrove Secondary ...

---

Reddit
https://www.reddit.com › user › F...

### u/Forsaken_Secret639

13 hours ago — My goal is to expose Bailey Broadrick to as many people as possible. K i k soreleckto to get her naked. r/shareyourwifes - My goal is to ...

---

EroMe
https://se.erome.com › ...

### Message soreleckto on Kik to see Bailey Broadrick fully naked...

Message soreleckto on Kik to see Bailey Broadrick fully naked including vids bilder och videor på EroMe ... #Ex #Ex gf #Reddit #Kik #Big tits #Exposed. Kommentera.

---

Yelp
https://m.yelp.com › ... › Shopping

### TOP 10 BEST Medical Supplies near Fort Payne, AL - Updated 2024

... Bailey Cove Rd SE, Ste R Huntsville, AL 35802. (256) 650-2335. Always kind ... Reddit). What's different on this version: it

🔒 Q bailey broadrick reddit