# **Exhibit 28**

