# Exhibit 29

