# Exhibit 31

Case 3:24-cv-01772-VAB   Document 1-31   Filed 11/07/24   Page 2 of 2

