# Exhibit 33

