# Exhibit 35

