# Exhibit 36

1:59

DraftKings Sportsbook
Go big this season with $200 i...
BET NOW

← soreleckto >

Set Profile Picture

Sun, Jul 21 1:30 PM



**soreleckto**
soreleckto

📅 40 Days on Kik

You started chatting with soreleckto

Sun, Jul 21 1:31 PM

> I want to see Baileys nudes

Fri, Jul 26 8:36 PM

> Send Bailey Broadrick's nudes

Sun, Aug 04 8:12 PM

> Attachment: 1 image

Type a message...