# Exhibit 37





**soreleckto**

soreleckto

📅 49 Days on Kik

🔔 Notifications                                              ⬤

🔗 Start a Group With soreleckto                     >

🎨 Change Chat Theme                                   >

✕ Delete Chat