# Exhibit 41

