# **Exhibit 42**

