# Exhibit 43

7:36    LTE 93

instacart Get delivery in as fast as 30 min    Install now

soreleckto