# Exhibit 46

