# Exhibit 47


