# Exhibit 48