# **<u>Exhibit 49</u>**



soreleckto

JUN 14 AT 1:27 AM

Hey, you're Bailey's brother right?

JUN 14 AT 1:56 PM

hi, do i know you?

5:52 AM