# Exhibit 50