# Exhibit 51