# Exhibit 52