# Exhibit 53

