# Exhibit 54