# Exhibit 55

