# Exhibit 56

XXX GAMES          SEX CAMS          AI SEX CHAT

erome    LIVE SEX

erome.com