# **<u>Exhibit 57</u>**

