# **<u>Exhibit 59</u>**