# **<u>Exhibit 60</u>**

