IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BAILEY BROADRICK,<br><br>      Plaintiff,<br><br>v.<br><br>NICHOLAS GILROY,<br><br>      Defendant. | Case No. 3:24-cv-01772 |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

    Pursuant to Fed. R. Civ. P. 7.1, undersigned counsel for Plaintiff, Bailey Broadrick, certify that Plaintiff is a natural person and a citizen of Gilbert, Arizona.

Dated: November 8, 2024.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, ct442312
Jay M. Wolman, ct29129
Kylie R. Werk (*PHV Forthcoming*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 203-539-6666
ecf@randazza.com

*Attorneys for Plaintiff,*
Bailey Broadrick