## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

BAILEY BROADRICK,

          Plaintiff,

  v.

NICHOLAS GILROY,

          Defendant.

Case No. 3:24-cv-01772

### EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that Plaintiff Bailey Broadrick ("Plaintiff") moves on an emergency, *ex parte* basis for a temporary restraining order ("TRO") and, thereafter, upon notice, also moves a preliminary injunction pursuant to Fed. R. Civ. P. 65(b)(1) to enjoin Defendant Nicholas Gilroy ("Defendant") from further proliferating and publishing any intimate visual depictions of Plaintiff, and from deleting any data from any of his phones, computers, tablets, online accounts, or other devices, and that any internet routers or other hardware be preserved in their current form or imaged so that they can be searched for relevant information. The basis for this motion is set forth in the accompanying memorandum of law and the exhibits filed herewith.

Oral argument is requested at this time.

ORAL ARGUMENT REQUESTED

Dated: November 8, 2024

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, ct442312
Jay M. Wolman, ct29129
Kylie R. Werk (*PHV Forthcoming)*
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 203-539-6666
ecf@randazza.com

*Attorneys for Plaintiff,*
Bailey Broadrick

ORAL ARGUMENT REQUESTED