# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BAILEY BROADRICK,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS GILROY,<br><br>    Defendant. | Case No. 3:24-cv-01772 |

## PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT EARLY DISCOVERY

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached Memorandum of Law in support of this motion, Plaintiff Bailey Broadrick ("Plaintiff") respectfully moves for entry of an order granting leave to conduct early discovery prior to a Rule 26(f) conference.

Oral argument is requested at this time.

Dated: November 12, 2024

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, ct442312
Jay M. Wolman, ct29129
Kylie R. Werk (*Pro Hac Vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 203-539-6666
ecf@randazza.com

*Attorneys for Plaintiff,*
Bailey Broadrick

- 1 -

ORAL ARGUMENT REQUESTED