IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BAILEY BROADRICK,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS GILROY,<br><br>    Defendant. | Case No. 3:24-cv-01772 |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT EARLY DISCOVERY

Plaintiff respectfully moves this Court for leave to conduct early discovery.

**1.  Introduction**

The Court granted a temporary restraining order (the "TRO") on November 13, 2024, that included a command to the court that "consistent with the parties' duty to preserve discoverable information . . . Mr. Gilroy shall not delete any data relevant to this litigation from his phones, computers, tablets, online accounts, or any other devices, and any internet routers or other hardware must be preserved in their current form or images so that they may be searched for information relevant to this litigation.  Upon being served with that Order, it appears that Defendant immediately deleted his Reddit accounts.  *See* Declaration of Bailey Broadrick.  Given the risk that there may be further spoliation, and given the risk that third parties may have deletion policies that could spoil relevant evidence, Plaintiff requests leave to take discovery immediately.

**2.  Procedural History**

Plaintiff sought a Temporary Restraining Order (ECF No. 4, 5) on November 8, 2024.  This Court issued an Order granting Plaintiff's Motion for TRO (ECF No. 12) on November 9, 2024.

Defendant was served by email and text and acknowledged receipt.  Formal service on a

ORAL ARGUMENT REQUESTED

Sunday or a Federal Holiday is prohibited in Connecticut, so Plaintiff has not yet *formally* served Defendant.  However, Defendant agreed to accept service, but upon being provided with the form to acknowledge receipt, he informed Plaintiff's counsel that he had retained counsel.  Accordingly, Plaintiff's counsel is now constrained from communicating with him.  Defendant however, has declined to share the identity of his counsel, so there is no way to directly communicate with counsel either.

3. **Argument**

Fed. R. Civ. P. 26(d) provides that discovery may be conducted prior to the Rule 26(f) conference "when authorized by ... court order." Fed. R. Civ. P. 26(d)(1).  *Strike 3 Holdings, LLC v. Doe*, 2024 U.S. Dist. LEXIS 165103, *3 (D. Conn. 2024).  When evaluating such a request, this Court has applied a "flexible standard of reasonableness and good cause." *Strike 3 Holdings, LLC v. Doe*, 2024 U.S. Dist. LEXIS 165103, *3 (D. Conn. 2024). *See Strike 3 Holdings, LLC v. Doe*, 1:23-cv-05438-MKV, 2023 U.S. Dist. LEXIS 181641, 2023 WL 6607111, at *1 (S.D.N.Y. Oct. 10, 2023) (quoting *Digital Sin, Inc. v. John Does 1-176*, 279 F.R.D. 239, 241 (S.D.N.Y. 2012); *Strike 3 Holdings, LLC v. Doe*, 19-CV-5818 (AT) (JLC), 2019 U.S. Dist. LEXIS 185309, 2019 WL 5459693, at *1 (S.D.N.Y. Oct. 9, 2019).

When analyzing whether a movant has demonstrated good cause under Rule 26(d), this Court has previously applied the *Arista* test laid out by this Circuit. *Strike 3 Holdings, LLC v. Doe*, 2024 U.S. Dist. LEXIS 165103, *3 (D. Conn. 2024).  In *Arista*, the court held that the principal factors governing a determination of good cause include:

> (1) [the] concrete[ness of the plaintiff's] showing of a prima facie claim of actionable harm, . . . (2) [the] specificity of the discovery request, . . . (3) the absence of alternative means to obtain the subpoenaed information, . . . (4) [the] need for the subpoenaed information to advance the claim, . . . and (5) the [objecting] party's expectation of privacy[.]

*Arista Records, LLC v. Doe*, 604 F.3d 110, 119 (2d Cir. 2010).

ORAL ARGUMENT REQUESTED

- 3 -

Good cause exists here because Defendant deleted his Reddit accounts within hours of receiving the Order (ECF No. 12). On information and belief, Reddit may still possess the purged information, but it's stated policies are that it purges the information permanently "within 90 days." Therefore, there is great risk that discoverable and pertinent information will be lost forever, if it is not subject to immediate discovery.

Plaintiff specifically requests early discovery in the following form:

- Subpoena power to immediately serve Reddit, Kik, and EroMe with subpoenas to provide all of the Defendant's communications and backups of his accounts

- Submission of all of Defendant's phones, computers, and other electronic devices for forensic examination

- Any and all documents regarding Defendant's acquisition of intimate visual depictions of Plaintiff

- Any and all documents regarding Defendant's distribution of intimate visual depictions of Plaintiff

- Any and all documents regarding Defendant's storage of intimate visual depictions of Plaintiff

- Any evidence regarding proof of compliance or non-compliance with the Order granting Plaintiff's TRO

- Anything Defendant has done in response to this case, including deleting or disabling accounts or posts on the internet including Reddit, EroMe, and Kik

- Copies of all communications he has sent to third parties regarding Plaintiff's intimate images

### 3.1.   The Complaint Makes a Prima Facie Claim for Disclosure of Intimate Images

To make a *prima facie* claim for disclosure of intimate images, Plaintiff must show the following elements: (1) an intimate visual depiction, (2) disclosure in interstate or foreign commerce, (3) nonconsensual disclosure, and (4) disclosure by the defendant. 15 U.S.C. § 6851(b)(1)(A).  Plaintiff's Verified Complaint accomplishes this, first by stating that "the photos and videos also show Plaintiff Broadrick's breasts, nipples, and pubic area, and they show her engaged in sexually explicit conduct in the form of oral-genital sexual intercourse and masturbation."  *See* Complaint at ¶ 112, ECF No. 1-47 through 1-61.  Plaintiff's Verified Complaint states that the intimate visual depictions were disclosed in interstate commerce on Reddit, EroMe, and Kik.  *See* Complaint at ¶ 114.  Plaintiff acknowledges that the disclosure was nonconsensual as the intimate visual depictions were published on the internet without her affirmation or authorization, and Defendant knew she wanted them kept private.  *See* Complaint at ¶ 117 and 119.  Disclosure was committed by Defendant as he was the only person with access to the photos that were posted on Reddit, EroMe, and Kik.  *See* Complaint at ¶ 78.

Plaintiff has made a concrete, prima facie case for disclosure of intimate images in violation of 15 U.S.C. § 6851, satisfying the first prong of the *Arista* test.

### 3.2.   The Requested Discovery is Specific

Plaintiff's requests are limited and narrow in scope.  All of the discovery requests are keyed specifically to this matter and are necessary for litigation of this case.  These requests could not be more specific while also covering the relevant information necessary.

### 3.3.   There are No Alternative Means to Obtain the Requested Discovery

Due to Defendant's Reddit accounts being banned, suspended, or deleted, there is no alternative method to obtain the information of the account or the contents of the posts without serving Reddit.  Originally, the accounts and posts were banned or suspended.  However, as of the

ORAL ARGUMENT REQUESTED

time of filing, the accounts on Reddit which posted the intimate visual depictions of Plaintiff are now deleted, with a message stating "this user has deleted their account." *See* **Exhibit 1**.

According to Reddit's Privacy Policy, after a user submits a request to delete their account, Reddit's "purge script commences the deletion process **within** 90 days. After running [the] purge script, Reddit will not be able to provide access to deleted data."[1]  Therefore, this discovery is urgently needed so that it can be obtained before Reddit's purge script deletes all information relevant to this case.

Similarly, there is reason to believe that Defendant will not stop at deleting Reddit content, and that he could move on to EroMe and Kik.  This discovery would allow Plaintiff to obtain crucial information relevant to this litigation by serving EroMe and Kik before Defendant has the chance to commit further spoliation of evidence.

**3.4.    The Discovery is Necessary to Advance Plaintiff's 15 U.S.C. § 6851 Claim**

At this early stage in litigation, Plaintiff has a plethora of circumstantial evidence linking Defendant to the disclosure of intimate visual depictions.  People using the internet are anonymous to the public, but Reddit logs information when users access and use their services.  The information Reddit collects includes a user's "IP address, user-agent string, browser type, operating system, referral URLs, device information (such as device IDs), device settings, mobile carrier name, pages visited, links clicked, the requested URL, and search terms."[2]

The information obtained via this motion would allow Plaintiff to obtain specific evidence proving Defendant was the individual to disclose the intimate visual depictions online, which is a necessary element of Plaintiff's Verified Complaint to properly adjudicate this matter.

---

[1] https://www.reddit.com/policies/privacy-policy
[2] *Id*.

ORAL ARGUMENT REQUESTED

- 6 -

### 3.5. Defendant Has No Expectation of Privacy to Requested Discovery

As noted in Reddit's privacy policy and in the Reddit User Agreement[3] agreed to by all Reddit users, a user consents to the collection and use of their information when accessing or using Reddit services. Defendant consented to the collection of his information when creating his Reddit account and posting the intimate visual depictions of Plaintiff, and therefore has no expectation that this collected information would be kept private.

Defendant will not be prejudiced, nor will his privacy be violated, in allowing the discovery. All of these topics will be subject to discovery once a scheduling order is entered in this case—the subpoenas, document requests, and depositions requested here by Plaintiff are all relevant and within the scope of discovery. Accordingly, any prejudice or violation of privacy Defendants may be able to articulate would only relate to the early nature of the discovery. However, the discovery is minimally premature and is necessary to fully adjudicate this case.

### 4. Conclusion

Plaintiff respectfully asks that this Court grant leave to take the requested discovery in the form identified herein.

Dated: November 12, 2024

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, ct442312
Jay M. Wolman, ct29129
Kylie R. Werk (*Pro Hac Vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 203-539-6666
ecf@randazza.com

*Attorneys for Plaintiff,*
Bailey Broadrick

---

[3] https://redditinc.com/policies/user-agreement

ORAL ARGUMENT REQUESTED

## CERTIFICATE OF SERVICE

I hereby certify that, on November 12, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Marc J. Randazza
Marc J. Randazza

RANDAZZA | LEGAL GROUP

ORAL ARGUMENT REQUESTED