# Exhibit 1





This user has deleted their account.

Go to home



## This user has deleted their account.

Go to home

