IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BAILEY BROADRICK,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS GILROY,<br><br>    Defendant. | Case No. 3:24-cv-01772<br><br>**DECLARATION OF<br>BAILEY BROADRICK** |

I, Bailey Broadrick, being duly sworn, depose and state the following under penalty of perjury:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. I am the Plaintiff in the above-captioned proceeding.

3. I make this Declaration in support of Plaintiff's Motion for Leave to Conduct Early Discovery (the "Motion").

4. Attached to the Motion as **Exhibit 1** are true and correct copies of the screenshots of each of the accounts that I know of that Defendant used.

5. The screenshots were taken about an hour after I was informed that Defendant was provided with the Order Granting the Temporary Restraining Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/12/24

*/s/ Bailey Broadrick*
Bailey Broadrick

- 1 –
Declaration of Bailey Broadrick