AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| BROADRICK, BAILEY <br> *Plaintiff* <br> v. <br> GILROY, NICHOLAS <br> *Defendant* | ) ) ) ) ) Case No. 3:24-CV-01772 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NICHOLAS GILROY

Date:  11/12/2024

*Attorney's signature*

JOSEPH J. ROMANELLO, JR. CT28732
*Printed name and bar number*

57 NORTH STREET #304
DANBURY, CT 06810

*Address*

JJR@ROMANELLOLAWFIRM.COM
*E-mail address*

(203) 205-0891
*Telephone number*

(203) 205-0892
*FAX number*