## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nicholas Gilroy, Defendant
was received by me on *(date)* November 8, 2024            .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☒ Other *(specify)* Service was accepted by Joseph Romanello, Esq., counsel for
Nicholas Gilroy, on November 12, 2024

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ 0.00

I declare under penalty of perjury that this information is true.

Date: November 12, 2024

_____
Servers signature

_____
Printed name and title

_____
Servers address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**BAILEY BROADRICK,**

V.                                **SUMMONS IN A CIVIL CASE**

**NICHOLAS GILROY,**

CASE NUMBER: **3:24−CV−01772−VAB**

TO: **Nicholas Gilroy**
Defendant's Address:

> **6 Charcoal Ridge Road E**
> **New Fairfield, CT 06812-241**

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Marc Randazza**
**Randazza Legal Group, PLLC**
**2764 Lake Sahara Drive Suite 109**
**Las Vegas, NV 89117**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − **B E Freberg**
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2024−11−08 14:13:32**, Clerk USDC
CTD