**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

BAILEY BROADRICK,
    *Plaintiff,*

    v.

NICHOLAS GILROY,
    *Defendant.*

No. 3:24-cv-1772 (VAB)

**SCHEDULING ORDER**

The Court adopts the following schedule for pre-trial deadlines based on the parties' Rule 26(f) Report, the Court's preferences with respect to scheduling, and the Court's current calendar:

- Discovery shall commence by **November 22, 2024.**
- Response to Complaint due **December 6, 2024.**
- Initial disclosures due by **December 13, 2024**.
- Depositions of fact witnesses shall commence by **December 13, 2024.**
- Joinder of parties and amended pleadings due by **December 27, 2024**.
- Designation of expert witnesses due by **February 28, 2025** (on issues for which bear the burden of proof).
- Depositions of expert witnesses shall be completed by **March 28, 2025** (on issues for which bear the burden of proof).
- Damages analysis due by **March 28, 2025**.
- Designation of expert witnesses due by **May 2, 2025** (on issues for which do not bear the burden of proof).
- Depositions of expert witnesses shall be completed by **May 30, 2025** (on issues for which do not bear the burden of proof).
- Depositions of fact witnesses shall be completed by **May 30, 2025**.
- All discovery shall close by **May 30, 2025.**
- If, after the close of discovery, the parties wish to meet with a Magistrate Judge to discuss settlement, the parties may jointly file such a request by **June 5, 2025**.
- Dispositive motions due by **July 11, 2025**.
- Joint trial memorandum is due by **October 24, 2025**, or thirty (30) days after the Court rules on any dispositive motions.
- Trial ready date is **December 2, 2025**, or thirty (30) days after the joint trial memorandum is filed.

**SO ORDERED** at New Haven, Connecticut, this 26th day of November, 2024.

   /s/ Victor A. Bolden
Victor A. Bolden
United States District Judge