IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT

BAILEY BROADRICK,

    Plaintiff,

v.

NICHOLAS GILROY,

    Defendant.

Case No. 3:24-cv-01772

## ANSWER AND AFFIRMATIVE DEFENSES

The Defendant cannot plead to Plaintiff's introductory paragraphs as they are statements outside the material allegations of Plaintiff's complaint; notwithstanding the final paragraph of Plaintiff's introduction which the Defendant denies.

### JURISDICTION AND PARTIES

1. Defendant admits paragraphs 1, 2 and 5.

2. As to paragraph 3 the defendant lacks sufficient knowledge upon which to form a belief and leaves the Plaintiff to her proof.

### FACTS COMMON TO ALL COUNTS

3. The Defendant denies paragraphs 5, 7, 8 11, 12, 13, 15, 17, 18, 19, 21, 25, 27, 28, 78, 83, 84, 86, 87, 88, 89, 90, 91, 92, 93, 95, 96, 99, 100, 101, 102 and 105.

4. Defendant admits paragraphs 6 and 20.

5. As to paragraphs 9, 10, 14, 16, 22, 23, 24, 26, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 79, 80, 81, 82, 84, 85, 97, 98, 103 and 104

the Defendant has insufficient knowledge upon which to form a belief and leaves the Plaintiff to her proof.

## AS TO COUNT I - DISCLOSURE OF INTIMATE IMAGES

6. Defendant realleges his responses to paragraphs 1 through 105 as they are plead in paragraph 106.

7. Defendant admits paragraphs 107, 108, 109, 110, 113, 114 and 115.

8. As to paragraphs 111, 112, 114, 117, 118, 119 a-j and 120 the Defendant has insufficient knowledge upon which to form a belief and leaves the Plaintiff to her proof.

9. Paragraphs 116 and 121 are denied.

## AS TO COUNT II - NEGLIGENCE INFLICTION OF EMOTIONAL DISTRESS

10. Defendant realleges his responses to paragraphs 1 through 105 as they are replead in paragraph 122.

11. As to paragraph 123 the Defendant has insufficient information upon which to form a belief and leaves the plaintiff to her proof.

12. Paragraphs 124, 125, 126, 127, 128 and 129 are denied.

## AS TO COUNT III - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

13. The Defendant realleges his responses to paragraphs 1 through 105 as these paragraphs are replead by Plaintiff in this paragraph.

14. As to paragraphs 131 and 132, the Defendant has insufficient knowledge upon which to form a belief and leaves the plaintiff to her proof.

15. Paragraphs 133 through 144 are denied.

**AS TO COUNT IV - UNREASONABLE PUBLICITY TO PRIVATE LIFE**

16. The Defendant realleges his responses to paragraphs 1 through 105 as they have been replead by the Plaintiff in paragraph 142.

17. Paragraphs 143 through 149 are denied.

**AS TO COUNT V - FALSE LIGHT**

18. The Defendant realleges his responses to paragraphs 1 through 105 as they have been replead by the Plaintiff in paragraph 150.

19. Paragraphs 151 through 156 are denied.

**AS TO COUNT VI – PROMISSORY ESTOPPLE**

20. The Defendant realleges his responses to paragraphs 1 through 105 as they have been replead by the Plaintiff in paragraph 157.

21. Paragraph 158 is admitted.

22. Paragraphs 159 through 164 are denied.

**AFFIRMATIVE DEFENSES**

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE:**

1. That the within complaint fails to set forth such conduct as to sustain a claim of "intentional infliction of emotional distress."

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE:**

2. That the within Complaint is or may be barred by the doctrine of waiver, estoppel and/or laches.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE:**

3. That the within Complaint fails to state a claim or Cause of Action upon which relief can be granted.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE:

4. That upon information and belief plaintiff is not entitled to relief for some or all of her injuries and/or damages based upon her failure to avoid, minimize and/or mitigate her injuries and/or damages, if any.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE:

5. That without admitting the truth of some or any damages or injuries sustained by the plaintiff as alleged in the complaint, they were occasioned by her conduct.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

6. That the amount recoverable shall be diminished in the proportion which the culpable conduct attributable to plaintiff bear to the culpable conduct which caused the damages, including, but not limited to, plaintiff contributory negligence and/or assumption of the risk.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE:

7. That plaintiff failed and/or refused to take reasonable steps to avoid, minimize and/or mitigate her injuries and/or damages.

THE PLAINTIFF,

BY S/: Joseph J. Romanello, Jr.
Joseph J. Romanello, Jr.
His Attorney
Romanello Law Firm (427057)
57 North Street Suite 304
Danbury, CT 06810
Telephone: (203) 205-0891

**CERTIFICATION**

I hereby certify that on June 24, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail. Parties may access this filing through the Court's system.

                                                S/: Joseph J. Romanello, Jr.
                                                Joseph J. Romanello, Jr.
                                                Commissioner of the Superior Court