IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BAILEY BROADRICK, | |
| Plaintiff, | Case No. 3:24-cv-01772 |
| v. | |
| NICHOLAS GILROY, | |
| Defendant. | |

## AMENDED ANSWER AND AFFIRMATIVE DEFENSES

The Defendant cannot plead to Plaintiff's introductory paragraphs as they are statements outside the material allegations of Plaintiff's complaint; notwithstanding the final paragraph of Plaintiff's introduction which the Defendant denies.

## JURISDICTION AND PARTIES

Defendant admits paragraphs 1, 2,3,4 and 5.

## FACTS COMMON TO ALL COUNTS

1. The Defendant denies paragraphs 5, 7, 8 11, 12, 13, 15, 17, 18, 19, 21, 25, 27, 28, 78, 83, 84, 86, 87, 88, 89, 90, 91, 92, 93, 95, 96, 99, 100, 101, 102 and 105.

2. Defendant admits paragraphs 6 and 20.

3. As to paragraphs 9, 10, 14, 16, 22, 23, 24, 26, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 79, 80, 81, 82, 84, 85, 97, 98, 103 and 104 the Defendant has insufficient knowledge upon which to form a belief and leaves the Plaintiff to her proof.

*THE ROMANELLO LAW FIRM, LLC*
*57 North Street, Suite 304, Danbury, CT 06810 · Telephone: (203) 205-0891 · Juris No. 427057*

## AS TO COUNT I - DISCLOSURE OF INTIMATE IMAGES

4. Defendant realleges his responses to paragraphs 1 through 105 as they are plead in paragraph 106.

5. Defendant admits paragraphs 107, 108, 109, 110, 113, 114, 115 and, 116.

6. As to paragraphs 111, 112, 114, 117, 118, 119 a-j, 120 and 121, the Defendant has insufficient knowledge upon which to form a belief and leaves the Plaintiff to her proof.

## AS TO COUNT II - NEGLIGENCE INFLICTION OF EMOTIONAL DISTRESS

7. Defendant realleges his responses to paragraphs 1 through 105 as they are replead in paragraph 122.

8. As to paragraph 123, 125, 126, 127 and 128, the Defendant has insufficient information upon which to form a belief and leaves the plaintiff to her proof.

9. Paragraphs 124 is admitted.

## AS TO COUNT III - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

10. The Defendant realleges his responses to paragraphs 1 through 105 as these paragraphs are replead by Plaintiff in this paragraph.

11. As to paragraphs 131, 132, 135, 136, 137 and,138, the Defendant has insufficient knowledge upon which to form a belief and leaves the plaintiff to her proof.

12. Paragraph 133 is admitted.

13. Paragraphs 134 is denied.

## AS TO COUNT IV - UNREASONABLE PUBLICITY TO PRIVATE LIFE

14. The Defendant realleges his responses to paragraphs 1 through 105 as they have been replead by the Plaintiff in paragraph 142.

15. Paragraphs 143 through 149 are denied.

## AS TO COUNT V - FALSE LIGHT

16. The Defendant realleges his responses to paragraphs 1 through 105 as they have been replead by the Plaintiff in paragraph 150.

17. Paragraphs 151 through 156 are denied.

## AS TO COUNT VI – PROMISSORY ESTOPPLE

18. The Defendant realleges his responses to paragraphs 1 through 105 as they have been replead by the Plaintiff in paragraph 157.

19. Paragraph 158 is admitted.

20. Paragraphs 159 through 164 are denied.


## AFFIRMATIVE DEFENSES

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE:

1. That without admitting the truth of some or any damages or injuries sustained by the plaintiff as alleged in the complaint, they were occasioned by her conduct.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

2. That the amount recoverable shall be diminished in the proportion which the culpable conduct attributable to plaintiff bear to the culpable conduct which caused the damages, including, but not limited to, plaintiff contributory negligence and/or assumption of the risk.

THE DEFENDANT,

BY S/: Joseph J. Romanello, Jr.
Joseph J. Romanello, Jr.
His Attorney
Romanello Law Firm (427057)
57 North Street Suite 304
Danbury, CT 06810
Telephone: (203) 205-0891

## CERTIFICATION

I hereby certify that on March 20, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail. Parties may access this filing through the Court's system.

                                     S/: Joseph J. Romanello, Jr.
                                      Joseph J. Romanello, Jr.
                                      Commissioner of the Superior Court