IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BAILEY BROADRICK,<br>Plaintiff,<br>v.<br>NICHOLAS GILROY,<br>Defendant. | Case No. 3:24-cv-01772 |

**LOCAL RULE 56(A)1 STATEMENT OF UNDISPUTED MATERIAL FACTS**

Plaintiff Bailey Broadrick ("Broadrick") respectfully submits this D. Conn L. Civ. R. 56(a)(1) Statement of Undisputed Material Facts in support of her Motion for Summary Judgment and Memorandum of Law in Support thereof. Broadrick maintains that no genuine dispute exists as to the following facts:

1. Defendant Nicholas Gilroy ("Gilroy") has lied for years in an attempt to avoid taking responsibility for launching a harassment campaign against Broadrick. *See e.g.*, Def.'s Mot. to Am. at 1.

2. After Broadrick sued him for disseminating her intimate images online, Gilroy denied any ability to recollect whether he had ever shared images of Broadrick. July 30, 2025, Interrogatory responses, attached as **Exhibit 1**, at 3, Interrogatory No. 10 Answer.

3. Gilroy's story soon changed. At his August 6, 2025, deposition, Gilroy testified under oath to sharing Broadrick's images with her brother and an additional, unidentified person, but he denied responsibility for sharing these photos online. August 6, 2025, Dep. Tr., attached as **Exhibit 2**, at 63:1-65:2.

4. At this same deposition, Gilroy testified that the username "soreleckto" meant





RANDAZZA | LEGAL GROUP

nothing to him and that he was not the owner or operator of any account by that name. *Id.* at 67:14-18 & 130:17-21.

5. But Gilroy was still lying. In response to Broadrick's subpoena, Frontier Internet revealed that dozens of Reddit posts sharing Broadrick's images originated from the IP address associated with Gilroy's mother, with whom the defendant resides. Frontier Internet Subpoena, attached as **Exhibit 3**, at 2–5.

6. A subpoena of Kik's records revealed that Gilroy's home IP address was associated with the Kik username "soreleckto"[1] 966 times between July 12, 2024, and October 24, 2024. Kik Subpoena, attached as **Exhibit 3**, at 2.

7. When he was caught lying, Gilroy moved to file an amended answer and provided Broadrick with revised answers to her requests for admission. Def.'s Mot. to Am. at 1; Def.'s Revised Answers to Req. for Admis, attached as **Exhibit 4**.

8. Gilroy and Broadrick met online using the Omegle platform in August of 2014 and began chatting, culminating in a long-distance relationship. At this point, Gilroy was an adult, but Broadrick was a minor. Def.'s Revised Answers to Req. for Admis at ¶¶ 15, 17; Verified Compl., attached as **Exhibit 5**, at ¶¶ 8–9.

9. Gilroy used his relationship with Broadrick to ask her to provide intimate images but she initially refused. Def.'s Revised Answers to Req. for Admis, at ¶ 18.

10. Broadrick was still a minor when she and Gilroy met in person in 2015. *Id.* at ¶ 22.

11. Broadrick ended the relationship with Gilroy soon after their in-person meeting, but their relationship continued periodically afterward. *Id.* at ¶¶ 23–24.

[1] The spelling change of "soreleckto" and "sorelekto" was contemporaneous with a change in internet providers in his house.





RANDAZZA | LEGAL GROUP

12. In or around the summer of 2020, Gilroy created a shared web album and asked Broadrick to share intimate photos of herself using the shared album. Def.'s Revised Answers to Req. for Admis. at ¶¶ 25–26.

13. Broadrick conditionally agreed to share intimate images of herself with Gilroy after he explicitly promised he would not share the images with any third parties. *Id.* at ¶ 27.

14. Gilroy promised to keep these images and videos confidential. *Id.* at ¶ 41.

15. In addition to the images Broadrick shared with him, Gilroy took additional photos of Plaintiff without her awareness or consent. *Id.* at ¶ 205.

16. Later in 2020, Broadrick broke up with Gilroy and asked him to delete the shared album. Gilroy agreed to delete the album. *Id.* at ¶¶ 44–48.

17. In 2022, Broadrick ceased all communication with Gilroy. *Id.* at ¶¶ 52–53.

18. In 2023, Gilroy published intimate images shared by Broadrick on Reddit. *See Id.* at ¶¶ 54–55.

19. Gilroy used multiple accounts to disseminate Broadrick's intimate photos, including Kik accounts under the usernames "soreleckto" and "sorlekto" and dozens of burner usernames across Reddit and EroMe. *Id.* at ¶¶ 59–98.

20. These usernames included burners such as "desperate_weekend959," which Gilroy used to post "Bailey would be so upset being shared but exposing her makes my dick feel so good and that's all I care about. K i k soreleckto to see her naked." *Id.* at ¶ 88; **Exhibit 6**.

21. Other posts included things such as "Exposing Bailey Broadrick's nudes without her consent makes me cum so fucking hard," "Bailey Broadrick would be in tears if she knew how many guys were jerking to her naked body," and "Dm or Kik soreleckto if you think Bailey Broadrick should be exposed without her c0nsent." *Id.* at ¶¶ 105, 111, 119.

22. Gilroy posted dozens of similar invitations on the internet to receive Broadrick's intimate images. *Id.* at ¶¶ 99–189.

23. Among Gilroy's posts are messages that featured Broadrick's full name, photos of her, screenshots of her LinkedIn identifying information, and requests for people to contact Broadrick on her LinkedIn ("Can someone message Bailey on LinkedIn and tell her you've seen her naked?"). *Id.* at ¶ 189; **Exhibit 7**.

24. Among Gilroy's posts are instructions to message his "soreleckto" and "sorelekto" Kik accounts for more intimate photos of Broadrick. *Id.* at ¶¶ 59–60, 190.

25. Gilroy posted intimate images of Broadrick to his soreleckto profile. *Id.* at ¶¶ 194, 203.

26. A true and accurate representation of photos Gilroy displayed on his public soreleckto profile appear as **Exhibits 8-16**. *Id.* at ¶ 204.

27. Among the photos Gilroy displayed on the soreleckto profile page is a photo of Broadrick, nude, asleep, and recovering from chemotherapy. *Id.* at ¶ 216.

28. Among the photos Gilroy posted are photos of Broadrick engaged in fellatio and manual stimulation. *Id.* at ¶ 217; attached at **Exhibits 17-18**.

29. Prior to Gilroy's online dissemination of Broadrick's intimate images, he was the only one with access to them. *Id.* at ¶ 195.

30. No one was off limits for Gilroy. He sent intimate images of Broadrick to her brother using the soreleckto Kik account. *Id.* at ¶¶ 221–223.

31. Gilroy's actions against Broadrick were willful. *Id.* at ¶ 227.

32. Gilroy's actions against Broadrick were malicious. *Id.* at ¶ 228.

33. Further, Gilroy's amended answer acknowledges that he "intended to inflict

RANDAZZA | LEGAL GROUP

emotional distress upon Plaintiff when he disseminated intimate photographs and videos of her without her consent. *Compare* Verified Compl., at 17, *with* Am. Answer at 2.

34. Gilroy's actions caused intimate depictions of Broadrick to exist on Reddit, EroMe, and Kik. These depictions include identifiable images and videos of Broadrick and use her name. *Id.* at ¶ 248.

35. Gilroy posted at least 15 unique intimate visual depictions that show Broadrick's breasts, nipples, and pubic area, and they show her engaged in sexually explicit conduct in the form of oral-genital sexual intercourse and masturbation. *Id.* at ¶¶ 247–250, attached as **Exhibits 18-32**.

36. These intimate visual depictions of Plaintiff were disclosed in interstate or foreign commerce when they were posted on Reddit, EroMe, and Kik. *Id.* at 252.

37. These intimate visual depictions were disclosed on the internet without Broadrick's consent, authorization or affirmation. *Id.* at ¶ 255.

38. Gilroy knew that Broadrick did not consent to his posting her intimate images as evidenced by the language he used to post them, for example "K i k soreleckto to get Bailey Broadrick naked without her c0nsent." *Id.* at ¶ 257.

39. Broadrick is a private person, not a public figure, and her intimate images are not a matter of public concern. *Id.* at ¶ 284.

40. Gilroy's amended answer recognizes that he "created an unreasonable risk of causing Plaintiff emotional distress when he published intimate photos of her on the Internet." *Compare* Compl., attached as **Exhibit 5**, at 16, *with* Am. Answer, attached as **Exhibit 33**, at 2.

41. With regard to Count IV, Gilroy has admitted that "as a direct and proximate result of Defendant's unreasonable publicity given to private life, Plaintiff has suffered actual damages



RANDAZZA | LEGAL GROUP

to be proven at trial" and is otherwise entitled to equitable relief. *Id.* at ¶¶ 285–286.

42. With regard to Count V, Gilroy has admitted that "as a direct and proximate result of Defendant's false light invasion of privacy, Plaintiff has suffered actual damages in an amount to be proven at trial" and that Broadrick is entitled to equitable relief ordering Gilroy to cease display or disclosure of her intimate visual depictions. *Id.* at ¶¶ 292–293.

43. With regard to Count VI, Gilroy has admitted that he and Broadrick exchanged clear and definite promises to not share the intimate images and that Broadrick relied on those promises and would not have shared the images in the absence of Gilroy's assurances. *Id.* at ¶¶ 295–296.

44. Gilroy's intent to embarrass and inflict pain on Broadrick has materialized in significant consequences to her emotional and physical health. *See* **Exhibit 35**, Declaration of Bailey Broadrick ("Broadrick Decl.") at ¶ 3. She is currently dealing with intense anxiety on a daily basis, which includes frequent panic attacks. *Id.* at ¶ 4. The anxiety, caused and/or exacerbated by Gilroy's actions, have resulted in significant emotional distress and loss of income. *Id.* at ¶ 5. Her state of fear, which is constant, has not responded to control by medication or therapy. *Id.* at ¶ 6. She remains traumatized, waking up in fear that new images will have been posted overnight. *Id.* at ¶ 7. Gilroy's actions have strained Plaintiff's relationship with her family—her relationship with her parents broke down following Gilroy's publications, and her relationship with her brother (with whom Gilroy shared nude photos) is severely damaged. *Id.* at ¶¶ 8-10. Gilroy's actions have severely damaged Ms. Broadrick's personal self-image and her ability to be intimate with her boyfriend. *Id.* at ¶ 11. Further, as a direct and proximate result of Gilroy's actions, Broadrick's risk of cancer recurrence has increased. *See* **Exhibit 34**, at 34.

RANDAZZA | LEGAL GROUP

Dated: May 14, 2026.

Respectfully submitted,

/s/ Jay M. Wolman

Jay M. Wolman, ct29129
Marc J. Randazza, ct442312
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 203-539-6666
ecf@randazza.com

*Attorneys for Plaintiff,*
Bailey Broadrick

RANDAZZA | LEGAL GROUP

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 14, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Jay M. Wolman
Jay M. Wolman

RANDAZZA | LEGAL GROUP