# <u>Exhibit 1</u>

Defendant's Responses to Interrogatories

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BAILEY BROADRICK,<br>Plaintiff,<br>v.<br>NICHOLAS GILROY,<br>Defendant. | Case No. 3:24-cv-01772 |

## DEFENDANT'SRESPONSE TO PLAINTIFF'S REQUESTS FOR INTEROGATORIES

**INTERROGATORIES NO. 1:**

Identify all witnesses with knowledge relevant to the subject matter of this action.

Answer: **Unknown**

**INTERROGATORIES NO. 2:**

Set forth in detail how you would compute each category of Plaintiff's claim of damages, whether or not you believe you are liable for such damages.

Answer: **Medical and psychologist bills, emotional distress and any specific statutory relief.**

**INTERROGATORIES NO. 3:**

Identify and set forth all documents relative to the subject matter of this action, including, but not limited to, pertinent insurance agreements, physical evidence, or information of a similar nature, including in your identification the custodian, location, and general description of same.

Answer: **The homeowner's insurance policy where the Defendant resides has already been produced otherwise the Defendant has no other documents.**

**INTERROGATORIES NO. 4:**

Set forth all facts supporting your defense that "Distribution was Consensual" as set forth at ECF No. 23 at p. 3.

Answer: **The Defendant reports that there were unrecorded conversations between the parties times and dates were not memorialized.**

**INTERROGATORIES NO. 5:**

Set forth all facts supporting your defense that there was "Lack of visibility of the plaintiff in the depiction" as set forth at ECF No. 23 at p. 3.

Answer: **The documents speak for themselves as to whether the plaintiff can be identified.**

**INTERROGATORIES NO. 6:**

Set forth all facts supporting your defense that there was "Absence of emotional trauma" as set forth at ECF No. 23 at p. 3.

Answer: **This defense purports to leave the plaintiff to her proof, additionally it is based on the defendant's observations of the plaintiff.**

**INTERROGATORIES NO. 7:**

Identify all electronic devices (including but not limited to computers, smartphones, tablets, cameras, or external storage devices) that you owned, possessed, or had access to between [insert relevant date range], and state whether any such devices were used to capture, store, distribute, or display any images, videos, or other media depicting the Plaintiff.

Answer: **iPhone, laptop (no longer have)**

**INTERROGATORIES NO. 8:**

Describe in detail the circumstances under which you first obtained any images, videos, or other - media depicting the Plaintiff, including the date, location, method of acquisition (e.g., photography, video recording, receipt from a third party), and the Plaintiff's knowledge or consent, if any, regarding the creation or acquisition of such media.

Answer: **Fall of 2014, she sent them to me**

**INTERROGATORIES NO. 9:**

Describe any communications (e.g., text messages, emails, phone calls, social media messages) you had with the Plaintiff regarding the creation, possession, or distribution of any images, videos, or other media depicting the Plaintiff, including the date, time, and content of each communication.

Answer: **Starting in the fall of 2014 there were a series of undocumented conversations. The defendant cannot recall specific dates and times.**

**INTERROGATORIES NO. 10:**

State whether you have ever shared, posted, transmitted, or otherwise distributed any images, videos, or other media depicting the Plaintiff to any third party, website, social media platform, or application, and if so, identify each instance by date, recipient, platform, and method of distribution.

Answer: **The defendant does not recall any specific facts upon which to be able to answer this question.**

**INTERROGATORIES NO. 11:**

Identify all individuals, entities, or online platforms (including usernames, email addresses, or URLs) to whom or through which you have sent, uploaded, or otherwise made available any images, videos, or other media depicting the Plaintiff, and provide the dates and means of each such action.

Answer: **The defendant does not recall sufficient facts to respond this question.**

**INTERROGATORIES NO. 12:**

State whether you obtained the Plaintiff's consent to distribute or share any images, videos, or other media depicting the Plaintiff with any third party or on any public or private platform, and if so, provide the date, method, and specific terms of such consent.

Answer: **Starting in the fall of 2014 there where undocumented conversations between the plaintiff and the defendant which dates and times the defendant does not recall.**

**INTERROGATORIES NO. 13:**

Describe any actions you took to remove, delete, or retract any images, videos, or other media depicting the Plaintiff from any platform, device, or third party after distributing or sharing such media, including the dates and methods of such actions.

Answer: **The defendant does not recall sufficient facts to answer this question.**

**INTERROGATORIES NO. 14:**

Describe your relationship with the Plaintiff during the period when the images, videos, or other media in question were created, obtained, or distributed, including the nature and duration of the relationship and any events or disputes that may have influenced your actions with respect to such media.

Answer: **We were romantically involved when she sent me pictures. Some may have been sent when we considered each other just friends.**

**INTERROGATORIES NO. 15:**

Identify all social media accounts, email accounts, cloud storage accounts, or other online profiles you have controlled or had access to since January 1, 2019, and state whether any such accounts were used to store, share, or distribute any images, videos, or other media depicting the Plaintiff.

Answer: **Twitter: Nickgilroy24,**
**Facebook**
**email: hitdoctor24@gmail.com, hitdoctor24@icloud.net and nicholasgilroy@att.net**

**INTERROGATORIES NO. 16:**

State whether you received any financial compensation, goods, services, or other benefits in exchange for sharing or distributing any images, videos, or other media depicting the Plaintiff, and if so, identify the source, amount, and nature of such benefits.

Answer: **No**

**INTERROGATORIES NO. 17:**

Identify any persons who have knowledge of your possession, distribution, or sharing of any images, videos, or other media depicting the Plaintiff, and provide their full names, contact information, and a summary of their knowledge.

Answer: **Nobody**

**INTERROGATORIES NO. 18:**

State whether you have ever been contacted by any law enforcement agency, attorney, or other party regarding your possession or distribution of images, videos, or other media depicting the Plaintiff, and if so, provide the dates, names of the contacting parties, and the substance of those communications.

Answer: **No**

I, Nicholas Gilroy, hereby certify that I have reviewed the above Interrogatories and responses thereto and that they are true and accurate to the best of my knowledge and belief.

Nick Gilroy
(Defendant)

Subscribed and sworn to before me this 30th day of July 2025.

Stacey A. Peterson
Notary Public

STACEY A. PETERSON
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 9/30/27

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, this 30 day of July 2025, to:

Jay M. Wolman, Esq.
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (203) 539-6666
E: ecf@randazza.com

Commissioner of the Superior Court