**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BAILEY BROADRICK,<br><br>        Plaintiff,<br><br>    v.<br><br>NICHOLAS GILROY,<br><br>        Defendant. | Case No. 3:24-cv-01772<br><br>**NOTICE OF NON-OPPOSITION** |

Plaintiff Bailey Broadrick filed her Motion for Summary Judgment and for Partial Summary Judgment (ECF No. 42) on May 14, 2026.  Per Local Rule 7(a)(2), Defendant's opposition, if any, to this motion was due on June 4, 2026.  Defendant chose not to file an opposition, and it has now been more than 30 days since his opposition was due.

As such, Plaintiff is asking this Court to take notice of Defendant's non-opposition. Notably, per Local Rule 56(a)(2)(i) "[a] party shall be deemed to have waived any argument in support of an objection that such party does not include in its memorandum of law."  Similarly, per Local Rule 56(a)(3), as Defendant has not provided any citations in opposition to the facts as set forth by Plaintiff, such "may result in the Court deeming admitted certain facts that are supported by the evidence" and "an order granting the motion if the motion and supporting materials show that the movant is entitled to judgment as a matter of law."

Dated: July 6, 2026                Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, ct442312
Jay M. Wolman, ct29129
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 203-539-6666
ecf@randazza.com
*Attorneys for Plaintiff, Bailey Broadrick*

- 1 -

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 6, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Marc J. Randazza
Marc J. Randazza

RANDAZZA | LEGAL GROUP